MichAel R. SpeNGLeR
FULL NAME
T.T.C.F. -232
COMMITTED NAME (if different)
450 BAuchet Street
FULL ADDRESS INCLUDING NAME OF INSTITUTION
Los Angeles, CA 90012
#3984203
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT
FEB - 8 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

2/1/21

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA    NEW)

MichAel R. SpeNGLeR
                            PLAINTIFF,
    v.
Deputy LUA, et Al
                            DEFENDANT(S).

CASE NUMBER 2:21cv1161-DOC-SP
To be supplied by the Clerk

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes   ☐ No

2. If your answer to "1." is yes, how many? _____ severAl

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   All DOC-SP    / HonorAble Sheri pyM
                   Riverside, CA

   • yes, petitioner hAs over 3 IFP strikes However he FAces IMMinent danger herein exempting him. He's already FAced danger + threats, Flooding/gAssing of Feces/pee cAusing severe illness + AssAult as hAve others in the pod

a. Parties to this previous lawsuit:
   Plaintiff __Michael R. Spengler__

   Defendants __LASD, LASD Medical__

b. Court __USDC - Central CA East. Div.__

c. Docket or case number __several__
d. Name of judge to whom case was assigned __Sheri Pym__
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) __(pending)__
f. Issues raised: __Medical__

g. Approximate date of filing lawsuit: __several__
h. Approximate date of disposition __several__

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not ____

3. Is the grievance procedure completed? ☒ Yes  ☐ No     *BOS - Board of Torts Supervisors

   If your answer is no, explain why not ____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Michael R. Spengler__ *pretrial detainee*
                                                         (print plaintiff's name)
who presently resides at __T.T.C.F. Jail 232 ADA Floor / M.S. Dorm__,
                         (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
__450 Bauchet Street L.A. CA 90012__
         (institution/city where violation occurred)

on (date or dates) ____2014____ , ____1/28/21 MOSH present____ , ____July____
                    (Claim I)              (Claim II)                        (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __DEPUTY LUA_____ resides or works at
   (full name of first defendant)
   __450 Baucher Street L.A. CA 90012__
   (full address of first defendant)
   __Male Deputy - 232 Floor__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __at all times mentioned therein, Acting under color of state law__

2. Defendant __DEPUTY SONG_____ resides or works at
   (full name of first defendant)
   __SAME__
   (full address of first defendant)
   __SAME__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __SAME__

3. Defendant __DEPUTY INFANTE_____ resides or works at
   (full name of first defendant)
   __SAME__
   (full address of first defendant)
   __SAME__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __SAME__

4. Defendant __Deputy Palaguelas__ resides or works at
   (full name of first defendant)

   __same__
   (full address of first defendant)

   __same__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __same__

5. Defendant __Deputy Trihn__ resides or works at
   (full name of first defendant)

   __same__
   (full address of first defendant)

   __same__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __same__

6) Deputy Medina
   individual capacity
   same address/position + title
   at all times acting under color of state law

7) Deputy Valdez
   individual capacity
   same address/position + title
   at all times mentioned acting under color of state law

D. CLAIMS*

CLAIM I

The following civil right has been violated:

★ Protection from assault by other inmates. As you know: A jail can be a dangerous place to live & inmates are subject to potential abuse by guards & other officials as well as inmates. The constitution imposes on ~~jail~~ jail officials a duty to protect; to take reasonable measures to guarantee safety of inmates & to protect them from violence. #1 I have been exposed to a substantial risk (note actually getting assaulted is not required I may still file for injunctive relief) when defendants 1-7 placed "DTG" classified (Downtown Skidrow Gangster) Hammond into my dorm 1-28-21~present, a highly violent/classified disruptive gang & BLM "clique" who was placed in here after "gassing" throwing poop/pee & bleech on mexicans, whites & police, assaulting them, and threats to kill & criminal threats, disrupting that dorm (A pod) & sent to B pod as a remedy — only to do so again on other inmates & plaintiff over the weekend.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Officials defendants have complete knowledge & logs of the risk. Officials (defendants 1-7) provided an egregious inadequate remedy - this man Hammond should've been removed off the floor & put in isolation/hole, not simply removed from one pod to another to avoid paperwork. As I stated in a similiar related lawsuit recently I was told they would retaliate & do things like this but to avoid overlapping there is no retaliation claim here, just a :

● Due process violation failure to protect by intentionally creating a situation by pure malice, sadism, deliberate indifference by defendants 1-7 with inmate Hammond. Plaintiff is also seen on camera reporting Hammond's threats, gassing & flooding assaults upon him & his other A.D.A. dorm mates only to be told "hopfully he goes home soon."

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline. Defendants 1-7 have also (28 USC 1367) caused torts amounting to general negligence & failure to protect causing injury & outright negligent infliction of emotional duress by the actions

CV-66 (7/97)   CIVIL RIGHTS COMPLAINT   Page 5 of 6

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

General Negligence tort:

- Defendants 1-7 have a duty to protect plaintiff from such harm as assaults & situations thereof when they have knowledge. Defendants did have knowledge because he assaulted others & police in A pod & now in B & were reported by plaintiff & others. Defendants inactions/actions to not remedy the situation & continue to allow Hammond to attack, gas & threaten plaintiff, be in here & Bpod and causes countless injury & emotional injury.

Compensatory: $2 million (each) monetary

$10 million punitive/exemplary

- legal fees/costs

- injunctive/TRO on defendants to stop messing with plaintiff, stop housing dangerous BLM/DTG inmate attackers to attack & harm him, or move him & similar tactics - & other relief sought FIT-

This is a medical ADA pod where I & people are hurt & sick! Leave us alone with the nonsense!

2-1-21
(Date)

_____
(Signature of Plaintiff)

Spengler, Michael
#3984203
T.T.CF 232
450 Bauchet St.
L.A. CA 90012

2-1-21
Legal Mail

SCHERLING #660385

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB - 8 2021
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

TO: US District Court
clerk - New Filings
255 E. Temple Street
L.A. CA 90012

CV


